ROBERT S. MELCIC, ESQ.
Nevada Bar No. 14923
3315 E. Russell Rd.
Ste. A4-271
Las Vegas, NV 89120
Phone: (702) 526-4235
Email: robertmelcic@gmail.com
*Attorney for Plaintiff, Eric Mitchell*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC MITCHELL,<br><br>        Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; OFFICER GLASS, an individual; DOE OFFICER 1, an individual; DOE INDIVIDUALS 2 through 50, inclusive, in their individual and official capacities; and DOE GOVERNMENT ENTITIES 1-10.<br><br>        Defendants. | Case No.: 2:22-cv-00527-JAD-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY DEADLINES PENDING RESOLUTION OF MOTION TO REMAND TO STATE COURT** |

COMES NOW Plaintiff, ERIC MITCHELL, by and through his counsel, Robert S. Melcic of the Law Office of Robert S. Melcic and Defendant LAS VEGAS METROPOLITAN POLICE DEPARTMENT, by and through their counsel, Matthew Freeman and Robert Freeman of Lewis Brisbois Bisgaard & Smith LLP, and hereby stipulate and request the Court to extend the discovery deadline for the Plaintiff to participate in scheduling regarding discovery until after the hearing on the *Motion to Remand* has been decided, that hearing having been set for Thursday, May 26, 2022.

Counsel for the Plaintiff has requested this short extension due to the potential mootness of the discovery deadline.

//

//

//

This stipulated extension is for good cause, and not for improper delay.

Dated this 25th day of May, 2022.
**THE LAW OFFICE OF
ROBERT S. MELCIC**

By: */s/ Robert S. Melcic*
ROBERT S. MELCIC, ESQ.
Nevada Bar No. 14923
3315 E. Russell Rd.
Ste. A4-271
Las Vegas, NV 89120
*Attorney for Plaintiff, Martrail Robinson*

Dated this 25th day of May, 2022.
**LEWIS BRISBOIS BISGAARD
& SMITH LLP**

By: */s/ E. Matthew Freeman*
E. MATTHEW FREEMAN, ESQ.
Nevada Bar No. 14198
6385 S. Rainbow Boulevard,
Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant,
Las Vegas Metropolitan Police
Department*

## ORDER

IT IS ORDERED that ECF No. 14 is GRANTED. Discovery is stayed until the motion to remand at ECF No. 7 is decided. A proposed Discovery Plan and Scheduling Order is due 30 days after the motion to remand is decided, if it is denied.

**IT IS SO ORDERED**
**DATED:** 8:21 am, May 26, 2022

**BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE**