# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Eric Mitchell,<br><br>　　　　Plaintiff<br><br>v.<br><br>Las Vegas Metropolitan Police Department; et al.,<br><br>　　　　Defendants | Case No.: 2:22-cv-00527-JAD-BNW<br><br>**Remand Order**<br><br>[ECF No. 7] |

Eric Mitchell filed this action in Nevada State Court. Defendant Las Vegas Metropolitan Police Department removed this case to this court under 28 U.S.C. § 1331 and 1441 based on federal-question jurisdiction.[1] Arguing that his amended complaint contains only state-law claims and issues, plaintiff moves to remand.[2] For the reasons stated on the record during today's hearing on that motion to remand, IT IS HEREBY ORDERED that:

- Plaintiff's Motion to Remand **[ECF No. 7] is GRANTED**; and

- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 29, Case No. A-22-848674-C,** and CLOSE THIS CASE.

Dated: May 26, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 1.
[2] ECF No. 7.